

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-82,885-02

### IN RE CHRISTOPHER LAMONT ANDERSON, Relator

### ON APPLICATION FOR A WRIT OF MANDAMUS
### CAUSE NOS. 29095, 29096, 29097, 29098 & 29099
### IN THE 196ᵀᴴ DISTRICT COURT
### FROM HUNT COUNTY

*Per curiam.*

### **O R D E R**

Relator has filed a motion for leave to file a writ of mandamus pursuant to the original jurisdiction of this Court. In it, he contends that he filed applications for writs of habeas corpus in the 196ᵗʰ District Court of Hunt County, that more than 35 days have elapsed, and that the applications have not yet been forwarded to this Court.

In these circumstances, additional facts are needed. Respondent, the District Clerk of Hunt County, is ordered to file a response, which may be made by submitting the record on such habeas corpus applications, submitting a copy of timely filed orders which designate issues to be investigated (*see McCree v. Hampton*, 824 S.W.2d 578, 579 (Tex. Crim. App. 1992)), or stating that

Relator has not filed any applications for writs of habeas corpus in Hunt County. Should the response include orders designating issues, proof of the date the district attorney's office was served with the habeas applications shall also be submitted with the response. This application for leave to file a writ of mandamus shall be held in abeyance until Respondent has submitted the appropriate response. Such response shall be submitted within 30 days of the date of this order.

Filed: September 16, 2015
Do not publish